UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Karla Jenett Moore,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-02055-MMD-BNW<br><br>**Order** |

The United States Postal Service was unable to deliver recent filings in this case. *See* ECF Nos. 4, 5. Thus, it appears that Plaintiff is no longer at the address on file with the Court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiff must file a notice with her current address with the Court by January 25, 2023. Failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

DATED: December 28, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brenda Weksler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge